IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Digital Verification Systems, LLC,** | |
| Plaintiff, | Civil Action No. 3:23-cv-01710-K |
| v. | |
| **Lone Wolf Real Estate Technologies, Inc. d/b/a Lone Wolf Technologies,** | JURY TRIAL DEMANDED |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Lone Wolf Real Estate Technologies, Inc. d/b/a Lone Wolf Technologies ("Lone Wolf") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to First Amended Complaint (the "Motion"), and respectfully shows as follows:

Lone Wolf received a copy of Plaintiff's First Amended Complaint for Patent Infringement ("First Amended Complaint") (ECF No. 9) on November 9, 2023. As such, the earliest deadline for Lone Wolf to answer or otherwise respond to the First Amended Complaint is November 24, 2023. *See* Fed. R. Civ. P. 15(a)(3).

Lone Wolf respectfully requests a 14-day extension of time—i.e., up to and including December 8, 2023—to answer or otherwise respond to the First Amended Complaint. Good cause supports the requested extension. The extension is necessary so that Lone Wolf will have sufficient time to review the allegations in the First Amended Complaint and formulate its defenses and positions in this case. Lone Wolf has met and conferred with Plaintiff Digital Verification Systems,

LLC and this Motion is unopposed. This is Lone Wolf's first request for an extension of time to answer or otherwise respond to the First Amended Complaint. Additionally, the requested extension will not result in any other case deadlines being affected.

For these reasons, Lone Wolf respectfully requests that the Court grant this Motion.

|  |  |
|---|---|
| Dated: November 13, 2023 | Respectfully submitted,<br><br>/s/ Steven Callahan<br>_____<br>STEVEN CALLAHAN<br>  Texas State Bar No. 24053122<br>  scallahan@ccrglaw.com<br>**CHARHON CALLAHAN**<br>**ROBSON & GARZA, PLLC**<br>3333 Lee Parkway, Suite 460<br>Dallas, Texas 75219<br>Telephone: (214) 521-6400<br>Telecopier: (214) 764-8392<br><br>*Counsel for Defendant Lone Wolf Real Estate*<br>*Technologies, Inc. d/b/a Lone Wolf Technologies* |

**CERTIFICATE OF CONFERENCE**

    I hereby certify that counsel for Defendant has met and conferred with counsel for Plaintiff and Plaintiff does not oppose the relief requested in this motion.

/s/ Steven Callahan<br>
STEVEN CALLAHAN

**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 13, 2023, I filed the foregoing document via the Court's ECF system, which will send notice of the filing to counsel for Plaintiff.

/s/ Steven Callahan<br>
STEVEN CALLAHAN