UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS LLC,<br><br>Plaintiff<br><br>v.<br><br>LONE WOLF REAL ESTATE TECHNOLOGIES, INC., a Delaware Corporation, DBA LONE WOLF TECHNOLOGIES,<br><br>Defendant | Case No. 3:23-cv-01710-K |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Speech Transcription, LLC respectfully submits this notice of voluntary dismissal with prejudice of Lone Wolf Real Estate Technologies Inc.

Dated:  December 8, 2023          Respectfully Submitted

*/s/ M. Scott Fuller*
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@ghiplaw.com
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record.

                                                */s/ M. Scott Fuller*
                                                M. Scott Fuller